EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT #3753
Assistant U.S. Attorney

WILLIAM L. SHIPLEY
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: William.Shipley@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 09 2005

at __1__ o'clock and __4__ min __○__ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR 05-00062 HG

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. _____ |
| ) | |
| Plaintiff, ) | |
| ) | INDICTMENT |
| vs. ) | |
| ) | [18 U.S.C. § 471 – |
| MICHAEL RAY THURMAN, ) | Counterfeiting and Forging |
| ) | Obligations or Securities of |
| Defendant. ) | the United States; |
| ) | 18 U.S.C.§ 472 – Uttering |
| ) | Counterfeit Obligations or |
| ) | Securities of the United |
| ) | States] |
| ) | |
| ) | |

INDICTMENT

The Grand Jury charges that:

## COUNT 1

[18 U.S.C. § 471 - Counterfeiting and Forging
Obligations or Securities of the United States]

In or about April and May, 2004, in the District of
Hawaii and elsewhere, Defendant MICHAEL RAY THURMAN, knowingly
and with the intent to defraud did falsely make, forge,
counterfeit, and alter obligations and securities of the United
States, to wit:  approximately $6000 in Federal Reserve Notes, in
the denominations of one hundred dollars and fifty dollars, in
violation of Title 18, United States Code, Section 471.


## COUNT 2

[18 U.S.C. § 472 - Uttering Counterfeit
Obligations or Securities of the United States]

In or about April and May, 2004, in the District of
Hawaii, Defendant MICHAEL RAY THURMAN, knowingly and with the
intent to defraud did pass, utter, publish, and sell, and aided
and abetted the passing, uttering, publishing, and selling of an
altered obligation and security of the United States, to wit:  a
Federal Reserve Note in the denomination of one hundred dollars,

///

///

///

///

Serial Number CB94751142D, in violation of Title 18, United

States Code, Sections 472 and 2.

                DATED: ____2/9/05____, at Honolulu, Hawaii.

                        A TRUE BILL

/S/

                        _____
                        FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
WILLIAM L. SHIPLEY
Assistant U.S. Attorney

United States v. Michael Ray Thurman
Cr. No. _____
"Indictment"

3