EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

WILLIAM L. SHIPLEY
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: William.Shipley@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00062 HG |
|---|---|---|
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S SENTENCING |
| | ) | STATEMENT |
| vs. | ) | |
| | ) | |
| MICHAEL RAY THURMAN, | ) | |
| | ) | Date:  February 2, 2006 |
| Defendant. | ) | Time:  3:00 p.m. |
| _____ | ) | Chief Judge:  Helen Gillmor |

GOVERNMENT'S SENTENCING STATEMENT

      The United States, by and through its attorney, the United States Attorney for the District of Hawaii, hereby states that it has no objection and/or clarifications to make to the draft Presentence Investigation Report dated December 13, 2005.

      DATED:  Honolulu, Hawaii, January 26, 2006.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


                              By /s/ William L. Shipley
                                  WILLIAM L. SHIPLEY
                                  Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF:**

Pamela J. Byrne        [pamela_byrne@fd.org](mailto:pamela_byrne@fd.org)        January 26, 2006

Attorney for Defendant
MICHAEL RAY THURMAN

**Served by First Class Mail:**


**Served by hand-delivery:**

ELLIE ASASAKI                                     January 26, 2006
Senior U.S. Probation Officer
300 Ala Moana Blvd., Rm. C-110
Honolulu, Hawaii 96850

DATED:  Honolulu, Hawaii, January 26, 2006.


/s/ Gloria Parker