# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

February 2, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV. 05-00062HG

CASE NAME:        MICHAEL RAY THURMAN

ATTYS FOR PLA:    William L. Shipley

ATTYS FOR DEFT:   Pamela J. Byrne

U.S.P.O.:         Ellie Asasaki

---

JUDGE:    Helen Gillmor          REPORTER:    Stephen Platt

DATE:     February 2, 2006       TIME:        3:00 - 3:20

---

COURT ACTION:  SENTENCING TO COUNTS 1 AND 2 OF THE INDICTMENT -

The defendant is present in custody.
Allocution by the defendant.

ADJUDGED: Impr of 41 mos as to Counts 1 and 2, such terms to run concurrently.

SUPERVISED RELEASE: 3 yrs as to Counts 1 and 2, such terms to run concurrently, upon the following conditions:

1.    That the defendant shall abide by the standard conditions of supervision.

2.    That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3.    That the defendant not possess illegal controlled substances (mandatory condition)

4.    That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5.    That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of

supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

6.    That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7.    That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office.  The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8.    That the defendant is prohibited from the possession and use of alcohol.

9.    That restitution of $100 is due immediately to Elleair Maui Golf Course, 1345 Piilani Hwy, Kihei, Maui, HI 96753, and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income. Interest is waived while the defendant is serving his term of imprisonment and shall commence to accrue on any remaining balance upon his release on supervision.

10.   That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

11.   That the defendant is prohibited from incurring credit charges and lines of credit without the prior approval of the Probation Office.

12.   That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Special assessment: $200.
Advised of rights to appeal the sentences, etc.
RECOMMENDATIONS: Sheridan, OR.  That the defendant participate in drug treatment, educational and vocational training programs.

Submitted by: David H. Hisashima, Courtroom Manager

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

February 2, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CV. 05-00062HG

CASE NAME:    MICHAEL RAY THURMAN

ATTYS FOR PLA:    William L. Shipley

ATTYS FOR DEFT:    Pamela J. Byrne

U.S.P.O.:    Ellie Asasaki

JUDGE:    Helen Gillmor        REPORTER:    Stephen Platt

DATE:    February 2, 2006        TIME:    3:00 - 3:20

COURT ACTION:  SENTENCING TO COUNTS 1 AND 2 OF THE INDICTMENT -

The defendant is present in custody.
Allocution by the defendant.

ADJUDGED: Impr of 41 mos as to Counts 1 and 2, such terms to run concurrently.

SUPERVISED RELEASE: 3 yrs as to Counts 1 and 2, such terms to run concurrently, upon the following conditions:

1.    That the defendant shall abide by the standard conditions of supervision.

2.    That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3.    That the defendant not possess illegal controlled substances (mandatory condition)

4.    That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5.    That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of

supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

6.    That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7.    That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office.  The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8.    That the defendant is prohibited from the possession and use of alcohol.

9.    That restitution of $100 is due immediately to Elleair Maui Golf Course, 1345 Piilani Hwy, Kihei, Maui, HI 96753, and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income. Interest is waived while the defendant is serving his term of imprisonment and shall commence to accrue on any remaining balance upon his release on supervision.

10.    That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

11.    That the defendant is prohibited from incurring credit charges and lines of credit without the prior approval of the Probation Office.

12.    That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Special assessment: $200.
Advised of rights to appeal the sentences, etc.
RECOMMENDATIONS: Sheridan, OR.  That the defendant participate in drug treatment, educational and vocational training programs.

Submitted by: David H. Hisashima, Courtroom Manager