# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

February 7, 2006 4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR. 05-00062HG

CASE NAME:       U.S.A. vs. RAY THURMAN

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Helen Gillmor            REPORTER:    Debra Chun

DATE:     February 7, 2006         TIME:

COURT ACTION:            **MINUTE ORDER**

     The Minutes of February 2, 2006 as it relates to Condition # 12 of the Conditions of Supervised Release is amended to reflect the following:

> That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. The defendant shall also submit to periodic unannounced examinations of his computer and computer accessories as well as provide access to his internet service provider account records, as directed by the Probation Office. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Submitted by: David H. Hisashima, Courtroom Manager